UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DIANE A. NOYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:03-CV-0535-G |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

### ORDER

After making an independent review of the pleadings, files, and records in this case, the court finds that the findings, conclusions, and recommendation of the United States Magistrate are correct and they are adopted as the findings and conclusions of the court. Accordingly, the final decision of the Commissioner is **AFFIRMED**.

**SO ORDERED**.

May 6, 2005.

_____
A. JOE FISH
CHIEF JUDGE